(108 So. 80)

### John HARRIS v. CITY OF TUSCALOOSA.
### (6 Div. 684.)

(Court of Appeals of Alabama. April 6, 1926.)

Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge.

Violating prohibition ordinance.

Wright & Clark, of Tuscaloosa, for appellant.
S. H. Sprott, of Tuscaloosa, for appellee.

SAMFORD, J. Affirmed on authority of Harris v. City of Tuscaloosa (Ala. App. 6 Div. 681), 108 So. 79, ante, p. 316.